UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TSOLKAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | Civil Action No. 24-2318 (BAH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Stephen DeGenaro, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: September 13, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen DeGenaro*
　　　　　　　　　　　　　　　　　　　　STEPHEN DEGENARO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar #1047116
　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.,
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Tel: (202) 252-7229
　　　　　　　　　　　　　　　　　　　　Email: Stephen.DeGenaro@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for the United States of America*