UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TSOLKAS,<br><br>       Plaintiff,<br><br>       v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 24-2318 (BAH)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, the parties are directed to file an additional joint status report on or before November 26, 2024, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

_____
DATE

_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE