IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 24-1869 (LLA) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiff Center to Advance Security in America and Defendant, U.S. Department of State ("Department"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's August 30, 2024, Minute Order.

1. As previously reported, due to the volume of records located as a result of the initial search, the Parties engaged in discussions to further narrow the scope of the email records sought. As a result, Plaintiff has agreed 1) that email chains, or portions within email chains containing non-substantive information such as logistical info (i.e. coordinating meeting times or room locations) are non-responsive and 2) only final versions of documents are responsive (i.e. draft itineraries are non-responsive). Parties have agreed to further limit part one of FL-2024-00065 and FL-2024-00066 to the "final expense reports for domestic and international travel for any of the officials named in the third bullet of both requests beginning June 1, 2021-date of the search." The Department has made further narrowing suggestions that Plaintiff is still considering for part three of FL-2024-00065. Now that the parties agree on the scope of these portions of the requests,

the Department will conduct searches of the eRecords Archive and send taskers to additional offices if needed.

2.      Moreover, the Department sent a search tasker to the Special Envoy to Advance the Human Rights of Lesbian, Gay, Bisexual, Transgender, Queer and Intersex (LGBTQI+) Persons for the Special Envoy's calendar June 1, 2021 until July 1, 2024.  Plaintiff has specified that it is requesting detailed calendar entries for this. In addition, Parties agreed that Plaintiff may identify specific attachments they would like the Department to process within 90 days of receiving the calendar entry.

3.      Since the last Joint Status Report, the parties have continued their efforts to narrow the scope of Plaintiff's FOIA request.  Specifically, the parties agreed to narrow the scope of a portion of Plaintiff's FOIA request to final expense reports for domestic and international travel for any of the officials identified in the FOIA request.  The parties also agreed to provide detailed calendar entries, and permitting Plaintiff up to 90 days to request the Department to process attachments to the calendar entries upon Plaintiff's review of the processed calendar entries.  The parties also report that they continue to work on narrowing the portion of Plaintiff's FOIA request that seeks emails.

4.      The parties propose that the parties file a further status report on February 20, 2025, updating the status of the Department's processing.  A proposed order is attached.

*   *   *

Dated: November 22, 2024

By: */s/Gary M. Lawkowski (with consent)*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
Email: Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*

3