IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | Civil Action No. 24-1869 (LLA) ) ) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file by February 20, 2025 advising the Court of the status of this matter, including a recommendation for further proceedings.

_____                    _____
Date                                                                  LOREN L. ALIKHAN
                                                                           United States District Judge