UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER TSOLKAS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-2318 (BAH) |

## CORRECTED JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the Federal Bureau of Investigation (hereinafter "FBI") for records that mention Plaintiff. Plaintiff filed the Complaint on August 8, 2024 (ECF No. 1) and FBI filed its Answer on September 13, 2024 (ECF No. 6).[1]

### THE STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff submitted a FOIA request to the FBI on May 6, 2024, that sought records about Plaintiff stemming from a local arrest and a supposed call between local police and the FBI. The FBI reports that it has completed some searches for potentially responsive records. Following narrowing discussions with Plaintiff, the FBI is completing additional searches and anticipates that it will be able to provide an update on the search process within 30 days.

---

[1] Undersigned counsel for Defendant deeply apologizes for the incorrect filing that he caused to be filed at ECF No. 8.

### THE ANTICIPATED NUMBER OF PAGES OF RECORDS RESPONSIVE TO PLAINTIFF'S FOIA REQUEST

Given that searches remain ongoing, the FBI is not able to give an estimate of potentially responsive records. At this time, the FBI estimates that it will complete its searches within thirty days. The FBI will update this Court and Plaintiff with the total volume when it completes its searches.

### THE ANTICIPATED DATE(S) FOR RELEASE OF THE RECORDS REQUESTED BY PLAINTIFF

At this time, because its searches are not yet complete, the FBI is not able to give an estimate of its first production. The FBI will be able to provide Plaintiff with this estimate once searches have completed in the next thirty days. The FBI anticipates making rolling productions on a monthly basis thereafter until processing is completed.

### *VAUGHN* INDEX/SUMMARY JUDGMENT BRIEFING

Because the FBI has not completed process of responsive records, the FBI believes that it is too soon to know whether it will be necessary to share a draft *Vaughn* index and/or to propose a briefing schedule for summary judgment. Once production has completed, the parties will confer over any issues that Plaintiff may have with the search or withholdings to narrow—if not eliminate—the issues in dispute that require resolution by the Court.

### PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that the parties submit another Joint Status Report in approximately sixty days, January 24, 2025, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

A proposed order is attached for the Court's convenience.

\* \* \*

Dated: November 22, 2024
Washington, DC

/s/ *James M. Slater*
James M. Slater
D.C. Bar #1044374
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. 404-458-7283
james@slater.legal

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*

- 3 -