UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TSOLKAS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-2318 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, the parties are directed to file an additional joint status report on or before January 24, 2025, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

_____        _____
DATE                                                                               BERYL A. HOWELL
                                                                                            UNITED STATES DISTRICT JUDGE