UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TSOLKAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 24-2318 (BAH) |

## **JOINT STATUS REPORT**

The parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the Federal Bureau of Investigation (hereinafter "FBI") for records that mention Plaintiff. Plaintiff filed the Complaint on August 8, 2024 (ECF No. 1) and FBI filed its Answer on September 13, 2024 (ECF No. 6).

### **THE STATUS OF PLAINTIFF'S FOIA REQUEST**

Plaintiff submitted a FOIA request to the FBI on May 6, 2024, that sought records about Plaintiff stemming from a local arrest and a supposed call between local police and the FBI. As previously reported, the FBI reports that it has completed some searches for potentially responsive records and that Plaintiff requested additional searches following narrowing discussions.

Today, the FBI reports that it has completed the additional searches and has sent Plaintiff a no records response on January 13, 2025. The parties have conferred over a resolution of this case, and Plaintiff has requested that the FBI provide Plaintiff with a search declaration. The FBI reports that it can do so by April 24, 2025.

**PROPOSED NEXT JOINT STATUS REPORT**

The parties respectfully propose that the parties submit another Joint Status Report on or before May 8, 2025—if a stipulation of dismissal is not filed before.  A proposed order is attached for the Court's convenience.

Dated: January 24, 2025
       Washington, DC

*/s/ James M. Slater*
James M. Slater
D.C. Bar #1044374
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. 404-458-7283
james@slater.legal

*Attorneys for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*