UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TSOLKAS,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendant. | Civil Action No. 24-2318 (BAH) |

**[PROPOSED] ORDER**

  Upon consideration of the parties' Joint Status Report, the parties are directed to file an additional joint status report on or before May 8, 2025—if a stipulation of dismissal is not filed before.

_____             _____
DATE                        BERYL A. HOWELL
                            UNITED STATES DISTRICT JUDGE