UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TSOLKAS,<br><br>       Plaintiff,<br><br>       v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>       Defendant. | Civil Action No. 24-2318 (BAH) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear their own costs.

Dated: April 30, 2025

*/s/ James M. Slater*
James M. Slater
D.C. Bar #1044374
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff*

EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

By:    */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*